IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNA OLIVER | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NORDSTROM KING OF PRUSSIA, | : | No. 10-5340 |
| Defendant. | : | |

## ORDER

**AND NOW**, this 14th day of **December, 2010**, upon consideration of Defendant's Motion to Stay Judicial Proceedings Pending Arbitration, Plaintiff's response thereto, Defendant's reply thereon, and for the reasons provided in this Court's Memorandum dated December 14, 2010, it is hereby **ORDERED** that Defendant's motion (Document No. 4) is **GRANTED in part and DENIED in part** as follows:

1. The Court **COMPELS** the parties to arbitrate Counts I, II, and III of Plaintiff's Complaint in accordance with Defendant's arbitration procedures.

2. Count IV of Plaintiff's Complaint is not subject to arbitration.

3. The Court **STAYS** Counts I, II, and III of Plaintiff's Complaint pending completion of the arbitration.

4. Defendant shall answer Count IV of Plaintiff's Complaint on or before Wednesday, December 29, 2010.

BY THE COURT:

_____
**Berle M. Schiller, J.**